1  Clyde DeWitt
   California State Bar No. 117911
2  Law Offices of Clyde DeWitt,
      A Professional Corporation
3  2800 28th Street, Suite 321
   Santa Monica, CA 90405-6201
4  (310) 392-2600
   Fax (310) 362-8667
5  *clydedewitt@earthlink.net*

6  Attorneys for Plaintiff,
   Zero Tolerance Entertainment, Inc.
7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

| ZERO TOLERANCE ENTERTAINMENT, INC., | Case Number **CV 06-4132-RC** |
|---|---|
| Plaintiff, | <u>Consent Case</u><br>Hon. Rosalyn M. Chapman<br>United States Magistrate Judge |
| v. | **[PROPOSED] ORDER DISMISSING ALL CLAIMS**<br>**[FED. R. CIV. PROC. 41(a)(1)(*ii*)]** |
| SHAUN FERGUSON (or an individual doing business under that name), ADULTS ALLOWED, a business entity of unknown type AND DOES NUMBERED 1-10, | Courtroom: 23, 3rd Floor<br>312 N. Spring Street<br>Los Angeles, CA 90012 |
| Defendants. | |

////
////
////
////
////
////

---

H:\A Judge Chapman\Civil\2006\4132 Dismissal Order.wpd        **Page 1**

**[PROPOSED] ORDER DISMISSING ALL CLAIMS**

1  IT IS HEREBY ORDERED that Plaintiff's First Supplemental complaint shall be
2 dismissed entirely and with prejudice and on the merits, but without costs or attorney fees
3 to either party, and that judgment of dismissal with prejudice and on the merits may be
4 entered without further notice.  The Court will retain jurisdiction to enforce the injunction
5 that is in place.

7 Dated: _January 6, 2009___

8                             __/S/ Rosalyn M. Chapman_____
                              HON. ROSALYN M. CHAPMAN
9                             UNITED STATES MAGISTRATE JUDGE

---

H:\A Judge Chapman\Civil\2006\4132 Dismissal Order.wpd           **Page 2**

**[PROPOSED] ORDER DISMISSING ALL CLAIMS**