UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ZERO TOLERANCE ENTERTAIMENT, INC., ) | Case No. CV 06-4132-RC |
| Plaintiff, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| SHAUN FERGUSON (or an individual ) | |
| individual doing under that name), ) | |
| ADULTS ALLOWED, a business entity ) | |
| of unknown type AND DOES NUMBERED ) | |
| 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

   Pursuant to the Stipulation for the Entry of Judgment between the parties and the Order dated December 3, 2009,

   IT IS HEREBY ADJUDGED, ORDERED AND DECREED that Judgment shall be entered in factor of plaintiff Zero Tolerance Entertainment, Inc. against defendant Shaun Ferguson in the amount of $152,500.00.

DATED: _December 3, 2009_____

                                    _/S/_ ROSALYN M. CHAPMAN _____
                                    ROSALYN M. CHAPMAN
                                    UNITED STATES MAGISTRATE JUDGE

case064/06-4132.23
12/3/09